(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Anthony Stevenson
_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Civ. Action No. _____
(To be assigned by Clerk's Office)

## COMPLAINT
*(Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

Warden David Pierce, Major Jeffrey Carrothers
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

# I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☐ ☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

# II. PLAINTIFF INFORMATION

Stevenson, Anthony

Name (Last, First, MI)                                                                 Aliases

#144378
Prisoner ID #

James T. Vaughn Correctional Center
Place of Detention

1181 Paddock Road
Institutional Address

New Castle, Smyrna          Delaware          19977
County, City                State             Zip Code

# III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ ☐ Pretrial detainee
☐ ☐ Civilly committed detainee
☐ ☐ Immigration detainee
☐ ☒ Convicted and sentenced state prisoner
☐ ☐ Convicted and sentenced federal prisoner



(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Pierce, David
Name (Last, First)

Warden
Current Job Title

JTVCC 1181 Paddock Road
Current Work Address

| New Castle, Smyrna | DE | 19977 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2: Carrothers, Jeffrey
Name (Last, First)

Major Operations Security Superintendent
Current Job Title

JTVCC 1181 Paddock Road
Current Work Address

| New castle, Smyrna | DE | 19977 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3: Scarborough, James
Name (Last, First)

Deputy Warden
Current Job Title

JTVCC 1181 Paddock Road
Current Work Address

| New Castle, Smyrna | DE | 19977 |
|---|---|---|
| County, City | State | Zip Code |

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City          State          Zip Code

Defendant 5: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City          State          Zip Code

Defendant 6: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City          State          Zip Code

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## STATEMENT OF CLAIM

Place(s) of occurrence: James T. Vaughn Correctional Center

Date(s) of occurrence: Dec. 22, 2015

State which of your federal constitutional or federal statutory rights have been violated:
American Disabilities Act, 1st. Amend 14th Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

What Happen to you?

Facts: On October 12,2015 I went to my work supervisor Wayde Campbell to ask permission to leave to go to the hospital to receive an insulin shot. He informed me that I was not allowed to leave work for any reason. so he refused to allow me to leave due to prison S.O.P.'s.

I immediately filed a Grievance, and a hearing took place on November 25,2015 the Grievance was denied and I appealed their decision. On December 18,2015 the appeal decision was made for me to be released from work during the scheduled time for administration fo medication. This decision was also upheld by the Bureau Chief Mr. Marc Richmon.

However, after the above decision, on December 22,2015, I was informed by c/o Ranyon that Warden Pierce called the building telling them to take my work pass, later on it was discovered that it was Major Carrothers who called the building and gave orders to take my work pass and fired me from my job in the Garment shop, because he was unwilling to authorize me leaving the shop to receive my insulin shot, and for not having a G.E.D..

I assert that Major Carrothers fired me for other reason but in retaliation for me winning my Grievance, and that he discriminated against me because of my documented learning disability.

On December 27,2015, I filed a Grievance regarding Major Carrothers actions, and the Grievance was sent back to me unprocessed stating, Delaware is an will state and I can be hired or fired without any reason given. I filed two more was told the same

<u>Who Did What?</u>

thing.

I continued to seek relief, until I received a letter from Community Legal Aid Society, Inc, disability law program 12/26/2016 informing me that " the Department of Corrections Attorney investigated and informed us that, if you have a documented learning disability, you should have been permitted to continue in your job at D.C.I. without a G.E.D. it was wrong of them to terminate you from your D.C.I. position for failing to have a G.E.D. if we were aware of this problem a year age, we might have been able to get you reinstated at D.C.I., but we were informed about an incident during the past year that complicates things"

The paralegal went on to say " according to the Attorney for the Department of Corrections, you were working in the kitchen after you were terminated from your D.C.I. position.torney states that you were caught with contraband from the kitchen in your cell. as such, you cannotbe returned to D.C.I. at this time. if you disptue that this happened, please let us know, but you should be aware that it will be nearly imposible to prove that it didn't happen if there are reports to the contrary."

She further stated that: " although it was wrong for the Department of Corrections to treminate you from your D.C.I. job lasy year, there is nothing that we can do to get you reinstated due to the incident with the contraband. you are not eligible to get monetary damages. as such, there is nothing else we can do for you"

She went on and stated that: " according to the Attorney for the Department of Corrections, you are currently cleared to work but not currently working, if you start working in a non-D.C.I. job and do not have any disciplinary problems, you will be eligible for a D.C.I. job in six (6) months. He stated that he will work with us to ensure that niether your diabetes nor your learning disability will affects your eligibility for a D.C.I. job. if you do start and become eligible for a D.C.I. job, please let us know. we will work with the Department of Corrections to en sure that you are provided with the reasonable accommodations that you need"

I asert that the Attorney for the Department of Corrections information is incorrect and misleading, although I was wriiten up for allegedly having contraband from the kitchen in my cell and was found guilty, but on appeal the finding of guilt was " overturned/reverse with no further actions taken" I further assert that the attorney for the Department of Corrections usedthat contraband incident as a means to deceive the paralegal from pressing her investigation any



(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

| | |
|---|---|
| <u>Was Anyone Else involved?</u> | further; and it worked. What happen to me and continues to happen to me is a willfull and intentional discrimination against my disabilities on the part of Major Carrothers and the Department of Corrections. There fore both Major Coarrothers and the Department of Corrections should be held accountable, and I should be granted relief. |

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## I. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?    Yes (Yes or No)

Have you filed a grievance concerning the facts relating to this complaint?    Yes (Yes or No)

If no, explain why not:

## II. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*  1.) I want my job back
 2.) I want my position back on the cutting table
 3.) I want my back pay at .34 per Hr. I also want all increased pay that was suppose to take place Feb. 2016 to the rate of .36 per Hr. ( see attached scale gived to plaintiff by shop supervisor)
 4.) I also want my single cell back because it was taken do to this matter

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

### III. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

    If yes, how many:

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)    N/A

## IV.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Dated: 1/6/2017

Plaintiff's Signature: Anthony Stevenson

Stevenson, Anthony
   Printed Name (Last, First, MI)

#144378
   Prison Identification #

James T. Vaughn Correctional Center

| 1181 Paddock Road | Smyrna | Delaware | 19977 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**