# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY STEVENSON, | : | |
| | : | |
| Plaintiff. | : | |
| v. | : | C.A. No. 17-020-RGA |
| | : | |
| DAVID PIERCE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **DEFENDANTS' OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL**

Defendants Jeffrey Carrothers, Delaware Department of Correction, and Delaware Correctional Industries ("State Defendants") by and through their attorney, hereby oppose the second Motion to Compel filed by Plaintiff (the "Motion") (D.I. 43). The grounds for this opposition are as follows:

1. As noted in response to Plaintiff's First Motion to Compel (D.I. 39), State Defendants have provided written responses to Plaintiff's various discovery requests and produced over 650 pages of response documents. *See* D.I.s 21, 28-32, 34-36, 38, and 40.

2. On December 6, 2017, Plaintiff filed a second motion to compel requesting five categories of documents. D.I. 43. Plaintiff requested certain policies and procedures, e-mails, a memorandum, and pages from DOC and DCI logbooks.

3. In response to requests (1) and (2) in the Motion, State Defendants have produced all responsive, applicable policies and procedures in response to Plaintiff's outstanding discovery requests.

4. In request (3), Plaintiff notes "Defendant Carrothers still has not produced the e-mails or any other communication he had or sent to building #15 concerning Plaintiff being fired or terminated on 12/22/2015." D.I. 43 at 2.

5. In Plaintiff's second set of requests for production, he requested e-mails from Defendant Carrothers' state and personal accounts. *See* D.I. 28 at request nos. 3-5. In response, State Defendants noted, "Defendants will produce non-privileged, responsive documents, if any." D.I. 35 at 4. Defense counsel timely requested collection of any responsive documents and has recently completed review of all available e-mails. Counsel reports that there are no responsive e-mails.

6. In request (4), Plaintiff contends that the memorandum produced at DOJ000666 has information that was "whited out at the bottom of the page." D.I. 43 at 2. Plaintiff requests "the whole memo and not anything that was chopped up." *Id.* The memorandum was produced as maintained in DCI's files. There is handwriting at the bottom of the memorandum. Plaintiff has not provided any evidence to support his belief that information was removed from the memorandum. In an effort to satisfy Plaintiff's request, an additional copy of DOJ000666 is being produced with this opposition.

7. Finally, in request (5), Plaintiff notes that "Defendant(s) Carrothers still has not produced the page(s) from building #15 Garment shop and S-1 logbook pages(s) 12/22/15 concerning Plaintiff to be fired or terminated from his job." D.I. 43 at 2.

8. Plaintiff requested copies of the building logbook and jobsite logbook in his second set of requests for production. *See* D.I. 28 at request nos. 1-2. State Defendants objected to both requests as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. State Defendants also noted that information contained within the building logbook or the jobsite logbook is irrelevant to Plaintiff's claim. State Defendants further object to production of these materials on the ground that such information is privileged and confidential pursuant to 11 *Del.C.* § 4322.

**WHEREFORE**, for the reasons set forth above, State Defendants respectfully request that the Court deny Plaintiff's Motion to Compel.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Lauren E. Maguire*
        Lauren E. Maguire, I.D. No. 4261
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400

        *Attorney for Defendants Jeffrey Carrothers,*
        *Delaware Department of Correction, and*
Dated: December 20, 2017        *Delaware Correctional Industries*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 20, 2017, she caused the attached

*Defendants' Opposition to Plaintiff's Second Motion to Compel* to be electronically filed with

the Clerk of Court using CM/ECF.  Additionally, a copy was sent via U.S. mail to the following:

Anthony Stevenson
SBI#144378
James T. Vaughn Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Lauren E. Maguire*
Lauren E. Maguire, I.D. No. 4261
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

*Attorney for Defendants Jeffrey Carrothers,
Delaware Department of Correction, and
Delaware Correctional Industries*